**FILING FEE PAID**

United States Bankruptcy Court

District of Massachusetts

Case No. 09-17756

Chapter 7

Debtor: Kenneth R. Waterman
200 Vantage Terrace
Swampscott MA 01907

MAY 19 '10 PM 4:05 US

I Kenneth R. Waterman am seeking to reopen the above chapter 7 case for the purpose of Redeeming lien collateral (car) for a third party appraised value. Circumstances beyond my control force this motion without the benefit of Counsel. However, an Attorney, hopefully the Attorney of record act on my behalf.

Kenneth R. Waterman

5/19/2010
617-491-2265