UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

KENNETH R. WATERMAN	)	CHAPTER 7
	)	CASE NO. 09-17756-fkb

## OPPOSITION OF MERRIMACK VALLEY FEDERAL CREDIT UNION TO DEBTOR'S MOTION TO CONTINUE HEARING

Merrimack Valley Federal Credit Union ("MVFCU") opposes the Debtor's Motion to Continue Hearing on the grounds set forth on its Opposition to Debtor's Motion to Open Case for Redemption and for the following additional reasons:

1. The sole reason for the continuance was to provide an opportunity for counsel to confer with counsel for MVFCU. Subsequent to Debtor's Motion, however, counsel amicably conferred together and were not able to resolve this matter. The Debtor demands that MVFCU accept a proposed current value of the collateral (the "BMW") rather than the value at the time the case was filed. In addition, the Debtor refuses to reimburse MVFCU for legal fees and costs incurred resulting from the Debtor's post bankruptcy concealment of the BMW. As such, there is little expectation of a mutually agreeable Stipulation.

2. The Debtor has possessed the BMW without making any payments for (2) years.

3. There being no other reason asserted for the continuance, Debtor's request should be denied.

WHEREFORE, MVFCU respectfully requests this Court deny the Debtor's Motion to Continue and hear this matter as scheduled on June 29, 2010.

MERRIMACK VALLEY FEDERAL CREDIT UNION
By its Attorney,

_____
Peter Kline BBO#559017
Kline & Sanders LLP
313 Washington Street, Suite 221
Newton, MA 02458
617-964-2200
Pkline@Klinesanders.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

KENNETH R. WATERMAN ) CHAPTER 7
) CASE NO. 09-17756-fkb

### CERTIFICATE OF SERVICE

I, Peter T. Kline, Attorney for Merrimack Valley Federal Credit Union, certify that I have served a copy of its Opposition by mailing a copy of same, First Class Mail, postage prepaid, to the Debtor at 200 Vantage Terrace, Swampscott, MA 01907, and by using the CM/ECF system to serve John Fitzgerald, Office of the US Trustee, Joseph Butler as the Chapter 7 Trustee, and Terrence L. Parker as the Debtor's attorney.

Peter T. Kline

Dated: 6/23/10